United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| PLENISE T. M., | § | |
|    "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00408 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, *in their* | § | |
| *official capacities,* | § | |
|    "Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "28 U.S.C. Section 2241 Habeas Corpus Petition" (Dkt. No. 1) ("Petition"), Respondents' "Motion for Summary Judgment" (Dkt. No. 8) ("MSJ"), and the Magistrate Judge's "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 11) ("R&R"). The R&R recommends that the Court (1) deny the Petition (Dkt. No. 1), (2) deny the MSJ (Dkt. No. 8) as moot, and (3) direct the Clerk of Court to close the case. Dkt. No. 11 at 2.

Objections to the R&R were due June 15, 2026. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 11) is **ADOPTED**. The Petition (Dkt. No. 1) is **DENIED** and the MSJ (Dkt. No. 8) is **DENIED** as moot. The Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this June 25, 2026

_____
Rolando Olvera
United States District Judge